UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SUSAN GUINUP,

                Plaintiff,

                                            Civil Action: 5:08-CV-1110 (FJS/GHL)

   vs.

PETR-ALL PATROLEUM CORPORATION,
dba/*Express Mart*; PETR-ALL PETROLEUM
CONSULTING CORP.

                Defendants.
_____

APPEARANCES:                          OF COUNSEL:

FOR PLAINTIFF:

Blau, Brown Law Firm               Steven Bennett Blau, Esq.
54 West 21st Street                   Shelly A. Leonard, Esq.
Suite 1009
New York, New York 10010


FOR DEFENDANTS:

Hinman, Howard Law Firm          Leslie Prechtl Guy, Esq.
80 Exchange Street                 Dawn J. Lanouette, Esq.
P.O. Box 5250
700 Security Mutual Building
Binghamton, New York 13902-5250


FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

**JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT**

       The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement within two weeks, following which this action will be discontinued by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, it is

no longer necessary for this action to remain on the court's active docket.

It is therefore hereby

**ORDERED that**

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within two months from the date of this order upon good cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: September 26, 2011
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge